# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| ROBERT S. WORTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV607-05 |
| | ) | |
| STATE OF GEORGIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

In an order dated February 8, 2007, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit an amended complaint, for his initial complaint fails to set forth a claim showing that plaintiff is entitled to relief. Doc. 5. The Court warned plaintiff that his failure to file an amended complaint by March 12, 2007 would result in a recommendation that this case be dismissed. Since plaintiff has not filed an amended complaint, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 26th day of March, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA